

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 10, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

By Facsimile
The Honorable Richard J. Holwell
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007-1312

   Re: United States v. Keith Fuse, et al.
      07 Cr. 1211 (RJH)

Dear Judge Holwell:

  The Government respectfully submits this letter to update the Court regarding the status of the above-referenced case.

  The defendant was previously scheduled to plead guilty on May 2, 2008, before the Magistrate Judge on duty. The defendant did not enter a guilty plea at that time. Judge Francis excluded time between May 2, 2008, and May 16, 2008, in order for the parties to continue our discussions towards a pretrial resolution of the charges in the Indictment.

  The defendant was next scheduled to plead guilty before the Magistrate Judge on duty on May 22, 2008. The defendant did not enter a guilty plea at that time.

  The defendant's prior counsel, Hugh M. Mundy, Esq., has left the Federal Defenders office and the defendant is now represented by Martin Cohen, Esq., of the same office.

  Mr. Cohen intends to speak with the defendant shortly in order to discuss whether the defendant should plead guilty pursuant to the plea agreement previously sent to the defense.

The Honorable Richard J. Holwell
June 10, 2008
Page 2

 In order for the defense to have adequate time to consider the proposed plea agreement, the Government requests that the Court exclude time between today and June 20, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A). The Government submits, based on the foregoing, that the ends of justice served by the granting of the requested exclusion outweigh the best interests of the public and the defendant in a speedy trial.

 Based on my discussions with Mr. Cohen, I can represent that the defendant consents to the exclusion requested by the Government.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Daniel W. Levy
Assistant United States Attorney
Telephone: (212) 637-1062

SO ORDERED:

_____
The Honorable Richard J. Holwell
United States District Judge

6/10/08

SENT DATE:
09/12/08 @ 12:00 pm

cc: Martin Cohen, Esq. (by facsimile)