UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x

United States of America,               :        **NOTICE OF APPEARANCE**
                                                 **AND REQUEST FOR**
                                        :        **ELECTRONIC NOTIFICATION**

        - v -                           :        **07 - Cr. - 01211 (RJH)**

Keith Fuse.                             :

                                        :

--------------------------------x

To:  Clerk of Court
     United States District Court
     Southern District of New York


     The undersigned attorney respectfully requests the Clerk to

note his appearance in this case for defendant Keith Fuse and to

add him as a filing user to whom Notices of Electronic Filing

will be transmitted.



                    Respectfully Submitted,

                    **Martin S. Cohen**
                    Assistant Federal Defender
                    52 Duane Street
                    New York, N.Y. 10007
                    (212) 417-8737
                    Martin_Cohen@fd.org


TO:  Attorneys of Record