```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
*********************************X
                                  *   MINUTES FOR THE CAPTIONED:
                                  *
                                  *
   UNITED STATES of AMERICA       *       2007  CRIM.  01211  (RJH)
                                  *
          - VS -                  *
                                  *   DATE : 07 / 18 / 08
                                  *
       KEITH  FUSE                *   HON: RICHARD J. HOLWELL
                                  *              U.S.D.J.
                                  *
*********************************X
```
***************************************************************************

( 1. ) FOR THE GOVERNMENT :
Daniel Walter Levy
Asst. U. S. Attorney
One St. Andrews Plaza
New York, N.Y. 10007
Tel: ( 212 637- 1062 )
Fax: ( 212 637- 2429 )

( 1. ) FOR THE DEFENDANT :  FUSE
Hugh Mundy
Martin Cohen - relieved
Federal Defenders Unit
52 Duane Street
New York, N.Y. 10007
Tel; ( 212 417- 8700 )
Fax: (    )

( 1. ) FOR THE DEFENDANT :  FUSE
Neil Checkman - appointed
111 Broadway ( ste 1305 )
New York, N.Y. 10006
Tel; ( 212 269- 9940 )
Fax: ( 212 346- 4665 )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

*************************************************************************
07 / 18 / 08              **SUBSTITUTION OF COUNSEL**

The Court Orders the substitution of new counsel in the above case.

Present counsel Martin Cohen is relieved and CJA counsel Neil Checkman is appointed as new counsel for the defendant.

SO ORDERED :
New York, New York
July 17, 2008                                  _____
                                               Richard J. Holwell U.S.D.J.